441 A.2d 452

Commonwealth v. Burgess, Appellant.

Petition for Allowance of Appeal Denied May 26, 1982.

Submitted April 6, 1981. Barry M. Miller, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.